IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David W. Huffer, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:09-cv-434 |
| Michael J. Astrue, Commissioner of Social Security, | : | JUDGE HOLSCHUH |
| Defendant. | | |

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 12, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors is SUSTAINED to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentences four and six. The Clerk is directed to enter judgment to that effect.

Date: March 31, 2010      **/s/ John D. Holschuh**
                                        John D. Holschuh, Judge
                                        United States District Court